# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| The Cordish Companies, Inc.;  )<br>Lounge KC, LLC d/b/a Mosaic Lounge;  )<br>and Kansas City Live Block 126  )<br>Entertainment, LLC,  )<br>  )<br>Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>Dickens Law LLC; Linda Dickens;  )<br>and Austin Johnston,  )<br>Defendants.  ) | CIVIL ACTION<br><br>No. 14-cv-2211 |

## JUDGMENT

**The court has ordered that:**

Pursuant to the Memorandum and Order filed on August 27, 2014, IT IS ORDERED that plaintiffs' RICO claims are dismissed with prejudice and plaintiffs' defamation claim is dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated this 27th day of August, 2014, in Kansas City, Kansas.**

                                          s/ Sharon Scheurer
                                          By Deputy Clerk
                                          TIMOTHY M. O'BRIEN
                                          Clerk of the District Court